# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134741 & (12)(13)


AMANDA JEAN OSBORNE,
      Plaintiff-Appellant,

v

                                         SC: 134741
                                         COA: 279204
                                         Washtenaw CC: 06-002273-DP

WASHTENAW CIRCUIT JUDGE,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control, treated as an application for leave to appeal the July 20, 2007 order of the Court of Appeals, is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

d0917

_____
Clerk